Shalom D. Stone
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, NJ 07932
(973) 400-4181
*Counsel for Plaintiffs*

Andrew J. Pincus *[Pro Hac Vice motion to be filed]*
Archis A. Parasharami  *[Pro Hac Vice motion to be filed]*
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
*Counsel for Plaintiffs*

Alida Kass
NEW JERSEY CIVIL JUSTICE INSTITUTE
112 West State Street
Trenton, NJ  08608
(609) 392-6557
*Counsel for Plaintiff New Jersey Civil Justice Institute*

Steven P. Lehotsky  *[Pro Hac Vice motion to be filed]*
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
*Counsel for Plaintiff Chamber of Commerce
of the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY CIVIL JUSTICE INSTITUTE and CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR S. GREWAL, in his official capacity as Attorney General of the State of New Jersey, <br><br> Defendant. | Case No. 19-cv-17518 |

## RULE 7.1 DISCLOSURES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NEW JERSEY

CIVIL JUSTICE INSTITUTE, states that it has no parent corporation and no public

corporation owns more than 10% of its stock.

Dated: September 3, 2019                     Respectfully submitted,

                                             /s/ Shalom D. Stone
                                             Shalom D. Stone
                                             STONE CONROY LLC
                                             25A Hanover Road, Suite 301
                                             Florham Park, NJ 07932
                                             (973) 400-4181
                                             (973) 498-0070 (fax)
                                             sstone@stoneconroy.com
                                             Counsel for Plaintiffs